UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JASMINE TORO, *on behalf of herself and all others* :
*similarly situated*, :
:
Plaintiff, : 23-CV-2799 (JMF)
:
-v- : ORDER
:
LA TOURANGELLE, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 26, 2023 Order, ECF No. 13, the parties were required to file a joint letter and proposed case management plan by **June 29, 2023**. To date, the parties have not filed their joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 5, 2023, at noon**.

      SO ORDERED.

Dated: June 30, 2023
       New York, New York

                                                              JESSE M. FURMAN
                                                           United States District Judge