

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

June 30, 2023

    Re:    *1:23-cv-02799-JMF Toro v. La Tourangelle, Inc.*

           <u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Furman:

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for July 6th, 2023. The parties are close to reaching a resolution and are hopeful that the conference will not be necessary. Plaintiff and proposes a new date of August 14th, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both parties consent.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Rebecca Stark, Esq.

Application GRANTED.  The initial pretrial conference scheduled for July 6, 2023, is hereby ADJOURNED to **August 16, 2023, at 9 a.m.**  This does not affect Defendant's deadline of July 19, 2023, to respond to the Complaint.  The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

July 5, 2023